

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION TO RECONSIDER INDIGENCY ORDER

Appellate case name:        Ryan C. Carlson v. Wells Fargo Bank, NA

Appellate case number:      01-18-00802-CV

Trial court case number:    17-CV-1558

Trial court:                212th District Court of Galveston County

Date motion filed:          November 21, 2018

Party filing motion:        Appellee


Appellee has filed a motion to reconsider our November 20, 2018 order finding appellant indigent. It is ordered that appellee's motion to reconsider is **granted**. We withdraw our November 20, 2018 order finding appellant indigent.

It is so ORDERED.


Judge's signature: ____/s/ Sherry Radack_____
                   ☒ Acting individually      ☐ Acting for the Court



Date: __December 18, 2018___